STATE v. REEVES

No. 82P02

Case below: 148 N.C. App. 217

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 March 2002.

STATE v. SANTIAGO

No. 59P02

Case below: 148 N.C. App. 62

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.

STATE v. SEAMON

No. 101P02

Case below: 147 N.C. App. 526

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 March 2002.

STATE v. SMARR

No. 579P01

Case below: 146 N.C. App. 44

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.

STATE v. YANG

No. 645P01

Case below: 146 N.C. App. 751

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002. Motion by Attorney General to dismiss appeal dismissed as moot 6 March 2002.